UNITED STATES, Appellee

v.

FRANK W. MOMINEE, Corporal,
U. S. Army, Appellant

6 USCMA 179, 19 CMR 305

No. 6521

Decided July 22, 1955

*Major Edwin Doran* and *First Lieutenant Jerome H. Gerber* were on the brief for Appellant, Accused.

*Lieutenant Colonel Thomas J. Newton* and *First Lieutenant A. Kenneth Pye* were on the brief for Appellee, United States.

### Opinion of the Court

PER CURIAM:

A general court-martial sitting at Camp Stewart, Georgia, found the accused, Mominee, guilty of desertion

terminated by apprehension, in violation of the Uniform Code of Military Justice, Article 85, 50 USC § 679. We granted review to determine whether the finding of apprehension was supported by sufficient evidence.

Since the proof here was even stronger than that relied on by the Government in United States v. Simone, 6 USCMA 146, 19 CMR 272, and United States v. Lugo, 6 USCMA 151, 19 CMR 277 — and was wholly uncontroverted by the defense—we must hold, in accordance with our decisions in those cases, that the prosecution safely met its burden of proof.

Therefore, the findings and sentence, as approved by intermediate appellate authorities, must be affirmed.